DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL J. WOLFE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3932

_____

December 6, 2023

Appeal from the County Court for Pasco County; Dustin T. Anderson,
Judge.

Michael J. Wolfe, pro se.

Ashley Moody, Attorney General, Tallahassee and Jessica L. Rodriguez,
Assistant County Attorney, New Port Richey, for Appellee.

PER CURIAM.

    Affirmed.

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.